IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD FLEMING, ) | 1:04cv6023 OWW DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATION |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| COUNTY OF MERCED et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On June 28, 2006, the Court issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow a Court order and failure to prosecute this action. On July 19, 2006, Plaintiff's mail was returned as undeliverable, marked "refused." Plaintiff has not filed a change of address with the Court, or otherwise communicated with the Court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 28, 2006, is ADOPTED IN FULL;
2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   September 23, 2006              /s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

2